ACCEPTED
15-25-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 12:51 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00117-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 12:51:09 PM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS

*Appellant/Cross-Appellees,*

*v.*

PATRICK COX, FOR HIMSELF AND AS AGENT FOR AOC RANCHES, LLC, TEAM ADVERTISING SERVICES, INC., CCLHR ENTERPRISES, LLC AND VPIZZA RESTAURANT 001, LLC,

*Appellees/Cross-Appellants.*

On Appeal from the
419th Judicial District Court, Travis County
Cause No. D-1-GN-19-000436

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

In accordance with Texas Rule of Appellate Procedure 10.5(b), Appellant the State of Texas files this motion for extension of time to file its brief. Appellant's opening brief is currently due to be filed on July 28. Appellant requests a thirty-day extension of this deadline, up to and including August 27. This is Appellant's first request for an extension for this filing, and it is unopposed.

This request is necessary due to Appellant's counsel having been on sick leave for a majority of the period to complete the brief. Appellant's counsel also has multiple engagements that have required or will require significant attention, including:

- an opening brief on the merits in *Anadarko v. Hegar*, No. 24-0257, due to be filed in the Texas Supreme Court on July 22;

- assisting with emergency proceedings in *Garza v. Paxton*, No. 15-25-00116-CV, which included multiple filings in June and July; the opening brief is due to be filed in the Fifteenth Court of Appeals on July 28; and

- a reply brief in *Muth v. Voe*, No. 24-0384, due to be filed in the Texas Supreme Court on August 11.

This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request is granted. An extension of time will allow counsel for Appellant to prepare a thorough response that will be helpful to the Court.

## Prayer

For these reasons, Appellant respectfully requests that the Court grant its unopposed motion for a thirty-day extension of time to file its brief, resulting in a new deadline of August 27, 2025.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

William R. Peterson
Solicitor General

/s/ Jacob C. Beach
Jacob C. Beach
Assistant Solicitor General
State Bar No. 24116083
Jacob.Beach@oag.texas.gov

Counsel for Appellants

## Certificate of Conference

I certify that on July 22, 2025, I conferred with counsel for all parties, who informed me that they do not oppose the extension sought through this motion.

/s/ Jacob C. Beach
Jacob c. Beach

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Jacob Beach
Bar No. 24116083
amanda.ruch@oag.texas.gov
Envelope ID: 103434134
Filing Code Description: Motion
Filing Description: 20250718_Cox_MET_BoM_Final
Status as of 7/22/2025 12:58 PM CST

Associated Case Party: Patrick Cox

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Reese Baker | 1587700 | courtdocs@bakerassociates.net | 7/22/2025 12:51:09 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Thorburn | | ali.thorburn@oag.texas.gov | 7/22/2025 12:51:09 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 7/22/2025 12:51:09 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 7/22/2025 12:51:09 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ariana Ines | | ariana.ines@oag.texas.gov | 7/22/2025 12:51:09 PM | SENT |